UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 19-cv-22267

ANTONIO DIAZ,

    Plaintiff,

vs.

EMPLOYER SOLUTIONS SERVICES, INC.,
a Florida Profit Corporation,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, EMPLOYER SOLUTIONS SERVICES, INC. (hereinafter "Employer Solutions"), by and through its undersigned counsel and pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1441(a), files this Notice of Removal of this cause from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida and allege as follows:

1. Defendant is named in a civil action brought in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida captioned *Antonio Diaz v. Employer Solutions Services, Inc., Case No. 19-012960 CA 01*. *See* Exhibit A.

2. Plaintiff served Defendant on May 14, 2019. *See* Exhibit B. Accordingly, this Notice of Removal is timely filed within thirty (30) days after the date of receipt of the summons and a copy of the initial pleading setting the claim for relief upon which this action is based. See 28 U.S.C. § 1446(b); *Murphy Brothers, Inc., v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999)(holding that thirty day time period under removal statute begins to run from the date of

formal service). Pursuant to Fed.R.Civ.P.81(c), Defendant may file its responsive pleading to Plaintiff's Complaint within seven days after the filing of this Notice of Removal. Fed. R. Civ. P. 81(c).

3. Plaintiff filed a six-count Complaint alleging unpaid minimum wages and retaliation pursuant to the Fair Labor Standards Act and breach of agreement, quantum meruit, unjust enrichment, and tortious interference with an advantageous business relationship. *See* Exhibit A. The claim for unpaid minimum wages (Count V) and retaliation (Count VI) are brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §201, et seq. *See* Exhibit A. This Court has original subject matter jurisdiction over Plaintiff's Complaint pursuant to 28 U.S.C. §1331.[1] *Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691, 694 (2003)[explaining that district courts have original jurisdiction over FLSA claims pursuant to §1331 and §1337(a)].

4. This Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367[2] for the state law claims of breach of agreement, quantum meruit, unjust enrichment and tortious interference with an advantageous business relationship (Counts I-Count IV).

5. The United States District Court for the Southern District of Florida embraces the county in which the state court action is now pending and, therefore, this Court is a proper venue for this action pursuant to 28 U.S.C. § 105(a)(1).

6. As required by 28 U.S.C. § 1446(d), a Notice to State Court of Removal, along with a copy of this Notice of Removal, will be promptly filed in the Circuit Court of the Eleventh

---

[1] The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treatises of the United States.
[2] In an civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

Judicial Circuit in and for Miami-Dade County, Florida and served upon counsel. A copy of the Notice to State Court of Removal is attached as Exhibit C.

WHEREFORE, Defendant respectfully requests that this matter be removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

DATED this 3rd day of June 2019.

Respectfully submitted,

/s/Ena T. Diaz
Ena T. Diaz
Fla. Bar No. 0090999
ENA T. DIAZ, P.A.
*Attorney for Defendant*
999 Ponce De Leon Blvd. – Ste 720
Coral Gables, FL 33134
Tel.: (305) 377-8828
Fax: (305) 356-1311
ediaz@enadiazlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Notice of Removal was electronically filed with the Clerk of Court by using the CM/ECF system and was served via e-mail on counsel for Plaintiff, Jason S. Remer, Esq. (jremer@rgpattorneys.com), Miriam Brooks, Esq. (mcolmenarez@rgpattorneys.com), and Manuel A. Antommattei, Esq. (maa@rgpattorneys.com), Remer & Georges-Pierre, PLLC, 44 West Flagler Street, Suite 2200, Miami, FL 33130, on this 3rd day of June 2019.

/s/Ena T. Diaz
ENA T. DIAZ